

MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )       CASE NO. MAG 06-105 DAD
                                )
                Plaintiff,      )
                                )       STIPULATION AND ORDER TO
        v.                      )       EXTEND TIME FOR PRELIMINARY
                                )       EXAMINATION AND EXCLUDE TIME
                                )
DONALD "MITCH" SHIVELY,         )
                                )
                Defendant.      )
_____)

The parties agree that time beginning April 11, 2006 and
extending through May 26, 2006 should be excluded from the
calculation of time under the Speedy Trial Act.  Further, the
Defendant consents to an extension of the time for preliminary
examination until May 26, 2006.  Fed. R. Crim. P. 5.1(d).  The
parties submit that the ends of justice are served by the Court
excluding such time, so that they may have reasonable time
necessary for effective preparation, taking into account the
exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In
particular, the time is required so that the government and
defense may study the facts of this case and consider a possible
pre-indictment resolution.  To that end, the United States plans
to make paper and electronic discovery available pre-indictment,

1

1 | and the Defendant will require sufficient time to evaluate those
2 | materials.   The parties submit that this interest of justice
3 | outweighs the interest of the public and the Defendant in a
4 | speedy filing of an indictment or information, in accordance with
5 | Title 18, United States Code, § 3161(b) and (h)(8)(A), and
6 | further that this good cause outweighs the public's interest in
7 | the prompt disposition of criminal cases, in accordance with Fed.
8 | R. Crim. P. 5(d).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATE: April 11, 2006          By:    /s/ Matt Segal
                                     MATTHEW D. SEGAL
                                     Assistant U.S. Attorney


DATE: April 11, 2006

                                     DENNIS S. WAKS
                                     Counsel for Donald "Mitch"
                                     Shively


DATE: April 11, 2006

                                     DONALD "MITCH" SHIVELY
                                     Defendant



**SO ORDERED**.


HON.   DALE A. DROZD
U.S. Magistrate Judge