UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 11, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG 06-0105 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DONALD MITCH SHIVELEY, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DONALD MITCH SHIVELEY__, Case No. __MAG 06-0105 DAD__, Charge __18 USC § 1341__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $_____

        ___    Unsecured Appearance Bond $_____

        ___    Appearance Bond with 10% Deposit

        ___    Appearance Bond with Surety

        ___    Corporate Surety Bail Bond

    __X__  (Other)  _Pretrial Services Supervision with various conditions as stated._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 11, 2006__ at __2:45__.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal