1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. MAG 06-105 DAD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| DONALD "MITCH" SHIVELEY, | ) | |
| Defendant. | ) | |

The parties agree that time beginning May 26, 2006 and extending through June 30, 2006 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until June 30, 2006.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government and defense may study the facts of this case and consider a possible pre-indictment resolution.  To that end, the United States has already made discovery available, and the Defendant requires

1

1  sufficient time to evaluate those materials.  The United States
2  is continuing to investigate.  The United States plans to
3  disclose further evidence relevant to the loss calculation, which
4  evidence will likely have an effect on plea negotiations.  The
5  parties submit that this interest of justice outweighs the
6  interest of the public and the Defendant in a speedy filing of an
7  indictment or information, in accordance with Title 18, United
8  States Code, § 3161(b) and (h)(8)(A), and further that this good
9  cause outweighs the public's interest in the prompt disposition
10 of criminal cases, in accordance with Fed. R. Crim. P. 5(d).

11
12                                     Respectfully Submitted,
13                                     McGREGOR W. SCOTT
                                       United States Attorney
14
15
   DATE: May 25, 2006            By:   /s/ Matt Segal
16                                     MATTHEW D. SEGAL
                                       Assistant U.S. Attorney
17
18
   DATE: May 25, 2006                  /s/ Dennis Waks by MDS
19                                     DENNIS S. WAKS
                                       Counsel for Donald "Mitch"
20                                     Shiveley
21
22 **SO ORDERED.**  5/30/06
23
   /s/ Gregory G. Hollows
24 _____
   HON. GREGORY G. HOLLOWS
25 U.S. Magistrate Judge
26
   shiveley.ord
27
28

2