DANIEL J. BRODERICK, Bar #89434
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3RD Floor
Sacramento, California 95814
Telephone (916) 498-5700

ATTORNEY FOR DEFENDANT
DONALD "MITCH" SHIVELEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 06-273-FCD |
| | ) | |
| Plaintiff, | ) | MOTION TO RECONSIDER OR IN THE |
| | ) | ALTERNATIVE TO STAY |
| V. | ) | DEFENDANT'S REMAND INTO |
| | ) | CUSTODY; ORDER |
| DONALD "MITCH" SHIVELEY, | ) | |
| | ) | "AS MODIFIED" |
| Defendant. | ) | |
| | ) | |
| | ) | |

   The defendant, Donald "Mitch" Shiveley, through his attorney, Dennis S. Waks, Supervising Assistant Federal Defender, hereby requests that this court either reconsider not remanding the defendant into the custody of the United States Marshals or in the alternative to stay that remand to a date certain.

   On October 30, 2006, this court, after sentencing the defendant to 70 months in the Federal Bureau of Prisons, remanded this defendant into the custody of the United States Marshals but stayed that order until 2:00 p.m. on Friday, November 3, 2006. The defendant is asking this court to either reconsider that decision or extend the stay. Mr. Shiveley has recently had his residence foreclosed upon and must vacate his home within the next few weeks. He is attempting to pack his home up as quickly as possible and not leave the task to his wife. The defendant is asking this court to follow the plea agreement between the government and the defendant and set "a self-surrender date that falls within forty days of his sentencing." (Page 4, lines 23-24). Mr. Shiveley would remain under the supervision of Pre-Trial Services. Mr.

Shiveley has no prior criminal record, this is not a crime of violence and the defendant believes that this court could find by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of his community. See 18 U.S.C. §3143(a). I have discussed this motion with Assistant United States Attorney, Matthew D. Segal and he takes no position on it.

Therefore, the defendant respectfully requests that this court reconsider it's earlier remand and set a voluntary surrender date of 2:00 p.m. on December 4, 2006, as stated in the presentence report. In the alternative, the defendant respectfully requests that this court stay it's order to remand this defendant into custody until 2:00 p.m. on Friday, November 17, 2006.

DATED:   November 2, 2006          Respectfully submitted,

                                        DENNIS S. WAKS
                                      Supervising Assistant Federal Defender

                                      /S/ Dennis S. Waks
                                      _____
                                      Attorney for Defendant
                                      DONALD "MITCH" SHIVELEY

ORDER

After reconsidering the defendant's motion, IT IS HEREBY ORDERED that the remand order of the court for the defendant to surrender into the custody of the United States Marshal is stayed until 2:00 p.m. on Friday, November 17, 2006.

DATED: November 2, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE