UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD MITCH SHIVELEY,<br><br>    Defendant and Judgment Debtor. | No. 2:15-mc-00093 MCE-CKD<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD MITCH SHIVELEY,<br><br>    Defendant. | No. 2:06-cr-00273 MCE |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD MITCH SHIVELEY,<br><br>    Defendant and Judgment Debtor. | No. 2:15-mc-00102 GEB-CKD |

1     The Court has received the Notices of Related Cases filed on August 24, 2015
2  and September 16, 2015.
3     Examination of the above-entitled actions reveals that they are related within the
4  meaning of Local Rule 123(a) (E.D. Cal. 1997).
5     The actions arise from the same ongoing law enforcement investigation, share
6  common legal issues and involve related parties, and would therefore entail a substantial
7  duplication of labor if heard by different judges.  Accordingly, the assignment of the
8  matters to the same judge is likely to effect a substantial savings of judicial effort and is
9  also likely to be convenient for the parties.
10    The parties should be aware that relating the cases under Local Rule 123 merely
11 has the result that these actions are assigned to the same judge; no consolidation of the
12 action is effected.  Under the regular practice of this court, related cases are generally
13 assigned to the district judge and magistrate judge to whom the first filed action was
14 assigned.
15    IT IS THEREFORE ORDERED that the action denominated 2:15-mc-00102 GEB-
16 CKD, United States of America v. Donald Mitch Shiveley is reassigned to Chief Judge
17 Morrison C. England, Jr. for all further proceedings, and any dates currently set in this
18 reassigned case only is hereby VACATED.  Henceforth, the caption on documents filed
19 in the reassigned case shall be shown 2:15-mc-00102 MCE-CKD.
20    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
21 adjustment in the assignment of the civil case to compensate for this reassignment.
22    IT IS SO ORDERED.
23 Dated:  October 14, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT